

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2019

No. 04-19-00598-CV

**IN THE INTEREST OF J.C.W. AND I.O.W., CHILDREN,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-015
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On October 25, 2019, the court reporter filed a notification of late record. The notification is DENIED AS MOOT.

It is so ORDERED on this 30th day of October, 2019.

PER CURIAM

ATTESTED TO: _____
LUZ ESTRADA,
Chief Deputy Clerk